**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2970 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 91 DB 2022 |
| v. | : | |
| | : | |
| | : | Attorney Registration No. 209192 |
| GINA YVONNE TOPPIN, | : | |
| | : | |
| Respondent | : | (Philadelphia) |

## ORDER

**PER CURIAM**

**AND NOW**, this 1st day of May, 2023, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Gina Yvonne Toppin is suspended on consent from the Bar of this Commonwealth for a period of three months, followed by a period of probation for three years, subject to the following conditions:

1. Respondent shall establish treatment with a qualified mental healthcare professional for a minimum of three years on a weekly or biweekly basis, or as prescribed by the mental healthcare professional;

2. Respondent shall cooperate with the directions of the mental healthcare professional supervising her treatment, take medications as prescribed, and engage in therapy and counseling sessions as directed;

3. Respondent shall file quarterly written reports with the Board Prothonotary and shall attach reports verifying the above counseling and treatment; and

4. Respondent will not commit any willful violation of the Rules of Professional Conduct, Enforcement Rules, or the terms of probation.

Respondent shall also comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).